

NUMBER 13-16-00208-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

HOUSING AUTHORITY OF
THE CITY OF VICTORIA,                                        Appellant,

v.

DOROTHY CUNNINGHAM,                                          Appellee.

On Appeal from the 135th District Court
of Victoria County, Texas.

# MEMORANDUM OPINION

Before Justices Benavides, Perkes, and Longoria
Memorandum Opinion Per Curiam

Appellant, the Housing Authority of the City of Victoria, appealed a judgment rendered against it on March 31, 2016 in favor of appellee, Dorothy Cunningham. On April 11, 2016, the Clerk of this Court requested that appellant pay the $205 filing fee within ten days. On April 26, 2016, the Clerk of this Court notified appellant that the filing

fee was delinquent and advised appellant that we would dismiss this appeal unless the $205.00 filing fee was paid within ten days. *See* TEX. R. APP. P. 42.3(c). Nevertheless, appellant has not responded to the notice from the Clerk of this Court or paid the filing fee. *See id.* R. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
19th day of May, 2016.